**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-6751**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES P. MASTRONARDI,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-91-435, CA-96-264-6-20)

―――――――――――

Submitted:  October 17, 1996      Decided:  October 24, 1996

―――――――――――

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

James P. Mastronardi, Appellant Pro Se.  William Corley Lucius,
Assistant United States Attorney, Greenville, South Carolina, for
Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Mastronardi, Nos. CR-91-435; CA-96-264-6-20 (D.S.C. April 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2